**EXHIBIT A**

# Schedule

| | | |
|---|---|---|
| Line 1 | Claim No. | 1 |
| Line 2 | Musical Composition | Ain't Too Proud To Beg |
| Line 3 | Writer(s) | Eddie Holland, Norman Whitfield |
| Line 4 | Publisher Plaintiff(s) | Stone Diamond Music Corp. |
| Line 5 | Date(s) of Registration | 5/9/66 |
| Line 6 | Registration No(s). | Ep 216556 |
| Line 7 | Date(s) of Infringement | 4/27/24 |
| Line 8 | Place of Infringement | Shamrock Pub |

| | | |
|---|---|---|
| Line 1 | Claim No. | 2 |
| Line 2 | Musical Composition | I Will Always Love You |
| Line 3 | Writer(s) | Dolly Parton |
| Line 4 | Publisher Plaintiff(s) | Dolly Parton, an individual d/b/a Velvet Apple Music |
| Line 5 | Date(s) of Registration | 7/13/73 |
| Line 6 | Registration No(s). | Ep 314105 |
| Line 7 | Date(s) of Infringement | 4/27/24 |
| Line 8 | Place of Infringement | Shamrock Pub |

| | | |
|---|---|---|
| Line 1 | Claim No. | 3 |
| Line 2 | Musical Composition | Crank Dat Soulja Boy a/k/a Crank That Soulja Boy |
| Line 3 | Writer(s) | DeAndre Way |
| Line 4 | Publisher Plaintiff(s) | Soulja Boy Tellem Music Inc.; Warner-Tamerlane Publishing Corp. |
| Line 5 | Date(s) of Registration | 5/28/08 |
| Line 6 | Registration No(s). | PA 1-612-987 |
| Line 7 | Date(s) of Infringement | 4/27/24 |
| Line 8 | Place of Infringement | Shamrock Pub |