UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
KNOXVILLE DIVISION

| | |
|---|---|
| BROADCAST MUSIC, INC.; STONE DIAMOND MUSIC CORP.; VELVET APPLE MUSIC; SOULJA BOY TELLEM MUSIC INC.; WARNER-TAMERLANE PUBLISHING CORP., <br><br> Plaintiffs, <br><br> v. <br><br> SHAMROCK PUB LLC d/b/a SHAMROCK PUB and YULIIA KUHN, individually, <br><br> Defendants. | CIVIL ACTION NO.: 3:24-cv-357 <br><br> NOTICE OF VOLUNTARY DISMISSAL |

Plaintiffs, by and through counsel, and pursuant to FRCP 41(a)(1)(A)(i), voluntarily dismisses, without prejudice, all claims asserted against Defendants Shamrock Pub, LLC d/b/a Shamrock Pub and Yuliia Kuhn, in this case.

Respectfully submitted,

_____
Jeremey Goolsby, No. 034505
Daniel D. Choe, No. 037680
Frost Brown Todd, LLP
The Pinnacle at Symphony Place
150 3rd Avenue South, Suite 1900
Nashville, Tennessee 37201
jgoolsby@fbtlaw.com
dchoe@fbtlaw.com
(615) 251-5550 Telephone
(615) 251-5551 Facsimile

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this September 5th, 2024, a true and correct copy of the foregoing was served via U.S. Mail, first class, postage prepaid, upon the following:

Shamrock Pub, LLC
1240 William Holt Blvd
Sevierville, TN 37862

Yuliia Kuhn
1240 William Holt Blvd
Sevierville, TN 37862

Daniel D. Choe